**No. 47005.**—Protest 46708–K of· Wm. Barnet & Son (New York).

Opinion by OLIVER, P. J. It appeared that the entry was liquidated on July 23, 1940, and the protest dated October 21, 1940, was filed with the collector at Albany on October 22, 1940. In view of section 514 it was held that the court was without jurisdiction in this case since the protest was not filed within 60 days of the date of liquidation. In accordance therewith the defendant's motion to dismiss was granted.

**No. 47006.**—Protests 849459–G, etc., of A. E. Andon et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 17, 1942

**No. 47007.**—Petition 6277–R of L. Strauss & Co., Inc. (Indianapolis).

Opinion by OLIVER, P. J. The petition having been formally abandoned was dismissed without prejudice.

MARCH 12, 1942

**No. 47008.**—————————————Protest 980934–G of R. W. Gresham. C. D. 589. Government's motion for rehearing denied.

MARCH 13, 1942

**No. 47009.**—————————————Protests 883195–G, etc., of Habicht Braun & Co. ————————— Plaintiff's motion for rehearing granted.

**No. 47010.**—————————.—Protests 980637–G, etc., of Edgar C. Hyman Co. ————————— Government's motion for rehearing denied.

NOVEMBER 13, 1941

**No. 47011.**—————————Protest 11447–K of Abercrombie & Fitch Co. C. D. 541. Government's motion for rehearing denied. (See C. D. 602.)